**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

*This document relates to:*

*Gaston, et. al v. The Islamic Republic of Iran, No. 18-cv-12337, Gaston, et. al. v. Kingdom of Saudi Arabia, No. 18-12338, Johnson, et al. v. The Islamic Republic of Iran, 18-cv-12344, Johnson, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12346, Rodriguez, et. al. v. The Islamic Republic of Iran, No. 18-cv-12347, Rodriguez, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12348, Knight et. al. v. The Islamic Republic of Iran, No. 18-cv-12398, Knight, et. al. v. Kingdom of Saudi Arabia, No. 18-cv-12399, Desimone v. The Islamic Republic of Iran, No. 21-07679, Desimone v. Kingdom of Saudi Arabia, No. 17-00348*

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ROBERT KEITH MORGAN PRO HAC VICE

I, Robert Keith Morgan, make this affidavit in support of the motion for my admission to appear and practice in this Court as counsel Pro Hac Vice for Plaintiffs in the above-captioned matters.

I, Robert Keith Morgan, being duly sworn, do hereby depose and say as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.
3. There are no disciplinary proceedings presently against me.
4. My current certificate of good standing from the bar of the District of Columbia is attached.

I certify and attest, under penalty of perjury as described in 28 U.S.C. § 1746 that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

1

Dated: June 20, 2023

                                         Robert Keith Morgan
                                         The Miller Firm, LLC
                                         108 Railroad Avenue
                                         Orange, VA 22960
                                         Tel: 540-672-4224
                                         Fax: 540-672-3055
                                         kmorgan@millerfirmllc.com

                                         *Counsel for Plaintiffs*

Sworn to and subscribed before me this \_\_20th\_\_ day of \_\_June_____, 2023.

                                         NOTARY PUBLIC
                                         STATE OF MISSISSIPPI

[Notary seal: STATE OF MISSISSIPPI, LAURA E. CULLNANE, NOTARY PUBLIC, ID No. 89273, Commission Expires April 17, 2024, HINDS COUNTY]

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Robert Keith Morgan

was duly qualified and admitted on June 16, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*