IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 1:03-md-01570-GBD-SN |

*This document relates to:*

*Knight, et al. v. The Islamic Republic of Iran, No. 218-cv-12398*

## REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and Local Rules 55.1 and 55.2(a), the Plaintiffs, by and through undersigned counsel, request a Clerk's Certificate of Default. Within an accompanying declaration, I affirm that the party against whom the judgment is sought:

1. is not an infant or incompetent person;

2. is not in the military service;

3. was properly served under Fed. R. Civ. P. 4 and proof of service having been filed with the Court;

4. has defaulted in appearance in the above captioned action.

                                          */s/ Robert Keith Morgan*____
                                          Robert Keith Morgan (*pro hac vice*)
                                          The Miller Firm, LLC
                                          108 Railroad Avenue
                                          Orange, VA 22960
                                          Tel: 540-672-4224
                                          Fax: 540-672-3055
                                          kmorgan@millerfirmllc.com

                                          Attorney for Plaintiffs