```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON                                    03-MD-01570 (GBD)(SN)
    SEPTEMBER 11, 2001                                              ORDER


-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

> Knight, et al. v. The Islamic Republic of Iran, No. 18-cv-12398 (GBD)(SN)

The Plaintiff identified in Exhibit A (the "Knight Plaintiff") moves to amend their complaint under Federal Rule of Civil Procedure 15 to alter their claim against the Islamic Republic of Iran ("Iran"). ECF No. 10787.[1]

Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its complaint with the court's leave and directs courts to "freely give leave when justice so requires." Id. The decision to permit amendment is committed to the discretion of the court, McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007), but granting "leave to amend is the 'usual practice,'" Bank v. Gohealth, LLC, No. 21-cv-1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2022) (quoting Hayden v. Cnty. of Nassau, 180 F.3d 42, 53 (2d Cir. 1999)). Amendment should be permitted "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962).

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-01570.

The Knight Plaintiff's claim is not futile, will not unduly delay these proceedings or prejudice Iran, and was not filed in bad faith or with a dilatory motive. The Knight Plaintiff's motion is therefore GRANTED. Appendix 1 to the Knight Iran Short Form Complaint is amended to reflect the personal injury claim asserted by the Plaintiff in Exhibit A.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10787 and the related motion at ECF No. 98 in Knight, No. 18-cv-12398.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 18, 2025
           New York, New York

## EXHIBIT A

| Identification of Plaintiff | General Nature of Claim Asserted in Appendix 1 to the Short Form Complaint | General Nature of Claim Asserted in Appendix 1 to the Short Form Complaint as amended | Paragraph of Complaint Discussing Plaintiff |
|---|---|---|---|
| Kary Seminerio | Solatium | Personal Injury | 18-cv-12398, 1 at Allegation 43 of Appendix 1 |