# Exhibit E

Oscar Perez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN)<br>ECF Case |
| This document relates to:<br>*Knight, et al. v. The Islamic Republic of Iran* | 18-cv-12398 (GBD)(SN)<br>ECF Case |

### DECLARATION OF OSCAR PEREZ

I, Oscar Perez, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury as follows:

1. I am more than eighteen (18) years of age and I have personal knowledge of and am competent to testify to the matters stated in this declaration.

2. I was a citizen of the United States on September 11, 2001, and I remain so today.

3. On September 11, 2001, I was present in New York City when the terrorist attacks on the World Trade Center (WTC) occurred.

4. On the morning of September 11, 2001, I was at work as a Supervisor, supervising school safety agents, for the New York Police Department (NYPD). When I learned of the attacks on the WTC, I was at PS 319 in Brooklyn. I immediately returned to the School Safety Division Brooklyn North Command at 850 Grand Street where we assembled as part of the taskforce mobilizing in response to the attacks. We were sent to Lower Manhattan and assigned to keep traffic and pedestrians clear of the area for emergency vehicles.

5. As we were approaching Manhattan, there was still a steady flow of traffic traveling in the opposite direction, traveling away from the scene. Only emergency vehicles were going in. We arrived at our assigned location at approximately 2:00 p.m. I recall that there was a Pathmark Supermarket near where I was stationed. I am not certain of the distance I was from Ground Zero,

1

but the streets and vehicles in that area were all covered with soot and ash. Smoke was still thick in the air. That day, I was on duty in Lower Manhattan for approximately ten hours from 2:00 p.m. until 12:00 a.m. During that time, my eyes, nose, throat began to bother me. My eyes burned from the smoke and ash and I felt a tightness in my throat and lungs. We had not been provided with masks or any other protective equipment prior to going to the scene.

6. I had not really considered the toxins we were potentially breathing in that day until I returned home early the next morning. I was completely covered in ash. My clothes were covered as were my face and hands. The ash and grit got on everything I touched. I showered twice in an effort get the ash, soot, and dirt from the debris off me. I had a difficult time clearing my nose and throat as well. I returned to the Brooklyn North Command the next morning and from there I was transported back to the location in Lower Manhattan where I had been the previous day. I worked at that location until mid-afternoon. I had still not received a mask or any other protective gear. I continued to work in Manhattan assisting the task force for two days after the attack.

7. I did not immediately notice any adverse health effects. It was several years before I sought medical attention for the injuries caused by my exposure to the environment after the attack in September 2001. I gradually began to have more difficulty breathing and it became harder to perform normal activities. This was coupled with the tightness in my throat and chest and a more persistent cough. I attributed some of this to getting older, but it seemed to be more severe than would normally be expected. I finally sought medical treatment in 2006. It would be another ten years before I was diagnosed with chronic obstructive pulmonary disease.

8. As a result of my exposure to the smoke, chemicals, dust, and ash emanating from the destruction of the WTC on 9/11 and in the days following the attack, I continued to suffer from

2

medical issues. The damage to my lungs is permanent. It is not only a chronic condition which causes severe shortness of breath and limits my daily activities, it is also incurable and progressive. Therefore, I can expect my condition to deteriorate further as I age. I suffer from depression as a result, as well as post-traumatic stress disorder from having witnessed the horrific events following the attack.

9. After years of struggling with the medical aftermath of 9/11, I became aware of the World Trade Center Health Program (WTCHP). I contacted the WTCHP to see if there was anything that that could be done in addition to the treatment I was already receiving. My physical injuries and conditions were confirmed through the WTCHP and determined to be eligible for compensation by the Victim Compensation Fund (VCF).

10. Following the evaluation of my conditions by the WTCHP, I decided to pursue a claim with the VCF. It was determined that I met the statutory eligibility requirements for compensation. The injury I was found eligible for was chronic obstructive pulmonary disease. A true and correct copy of the VCF eligibility determination letter documenting the physical injuries I suffered from the attacks on 9/11 is submitted with this Declaration as part of this exhibit.

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

DATED this _1_ day of April, 2025.

_____
Declarant Oscar Perez

3



July 10, 2023

OSCAR PEREZ

### Re: CLAIM NUMBER: VCF0102908

Dear OSCAR PEREZ:

The September 11th Victim Compensation Fund ("VCF") previously sent you a letter notifying you of the eligibility decision on your claim. The letter explained that the VCF had reviewed your claim and determined you were not eligible for compensation. You then appealed the eligibility decision on your claim and a hearing was held.

The VCF has considered your appeal and has determined that you meet the eligibility criteria established in the statute and regulations. Based on the information you provided in support of your appeal and information the VCF has received from the World Trade Center ("WTC") Health Program, you have been found eligible for the following injuries:

- CHRONIC OBSTRUCTIVE PULMONARY DISEASE UNS

Please note that there are several reasons why an injury that you think should be eligible is not listed above. For non-traumatic injuries, the name of the injury is based on the information provided by the WTC Health Program and there may be different names for the same injury. Additionally, your injury may not be listed if it was only recently certified for treatment by the WTC Health Program.

If in the future the WTC Health Program should notify you that a condition previously found eligible is no longer certified, you must inform the VCF as this may affect your eligibility status and/or the amount of your award.

### What Happens Next

**If you have been certified for treatment by the WTC Health Program for a condition not listed above,** you should amend your claim. Please see the VCF website for details on how to amend your claim. The VCF will review the new information and determine if it provides the basis for a revised decision.

**If you believe you have eligible injuries that are not being treated by the WTC Health Program** and you would like the VCF to consider those injuries before calculating your award, you should amend your claim. If you choose to amend your claim, you must first seek certification for the condition(s) from the WTC Health Program. Seeking certification for your condition provides the VCF with the necessary evidence that the condition is eligible for compensation. Please note, however, that because additional certifications do not necessarily



impact the amount of your award, we recommend that you wait to receive your award letter to determine whether to seek certification for any additional condition(s).

**If you do not have injuries other than those listed above,** you should submit the compensation section of your claim form and required supporting materials. If you are filing a claim for loss of earnings or replacement services, you should also submit a completed Exhibit 1 – "Social Security Administration Consent Form." This form is available on the VCF website at www.vcf.gov under "Forms and Resources." If you have already submitted this information, you do not need to take any action at this time unless you receive a request from the VCF for missing information. The VCF will calculate the amount of any compensation based on the conditions listed above after all compensation-related documents are submitted.

If you have questions about the information in this letter or the claims process in general, please call our toll-free Helpline at 1-855-885-1555. Please have your claim number ready when you call: **VCF0102908**. For the hearing impaired, please call 1-855-885-1558 (TDD). If you are calling from outside the United States, please call 1-202-514-1100.

Sincerely,

Allison Turkel
Special Master
September 11th Victim Compensation Fund

JERROLD PARKER can access the electronic copy of this letter uploaded to your online claim.